No. 494. MILLER v. GUTHRIE ET AL. C. A. 2d Cir. Certiorari denied. Petitioner *pro se. Hugh M. Alcorn* for the Town of Suffield, respondent.

No. 578. MANNERFRID v. UNITED STATES. C. A. 2d Cir. Certiorari denied. MR. JUSTICE CLARK took no part in the consideration or decision of this application. *Jack Wasserman* for petitioner. *Acting Solicitor General Stern, Beatrice Rosenberg* and *John R. Wilkins* for the United States.

No. 598. NEW YORK v. CARDINAL, DOING BUSINESS AS CARDINAL ENGINEERING Co. Petition for writ of certiorari to the Court of Appeals of New York denied for the reason that application therefor was not made within the time provided by law. 28 U. S. C. § 2101 (c). *Nathaniel L. Goldstein,* Attorney General of New York, *Wendell P. Brown,* Solicitor General, and *Henry S. Manley,* Assistant Attorney General, for petitioner. *Daniel McNamara* for respondent.

No. 259, Misc. CLARK v. SKEEN, WARDEN. Supreme Court of Appeals of West Virginia. Certiorari denied. MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS are of the opinion the petition should be granted. Petitioner *pro se. John G. Fox,* Attorney General of West Virginia, and *T. D. Kauffelt,* Assistant Attorney General, for respondent.